UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH J. SHELTON ,

   *Plaintiff*,

 v.

GROSS HYDRAULICS, LLC ,

   *Defendant*.

Civil Action No. 23-01557 (AHA)

## Order

For the reasons stated in the accompanying memorandum opinion, Plaintiff's motion for default judgment, ECF No. 9, is **GRANTED**. Judgment shall be entered against Defendant in the amount of $268,828.26, with interest to accrue on this amount at the statutory rate.

This is a final, appealable order.

**SO ORDERED.**

                AMIR H. ALI
                United States District Judge

Date: January 8, 2025